AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pepper, William A | District Court Northern MS | 7/10/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active | ☐ Nomination, Date <br> ☐ Initial  ☒ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 305 Main Street <br> Ste 329 <br> Greenville MS 38702 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 02-05-96 | SYMETRA FINANCIAL (FORMERLY SAFECO ASSIGNED BENEFITS SERVICE COMPANY) FOR PAYMENT OF LEGAL FEES. PAYMENTS ARE INCLUDED IN INCOME IN PART III. |
| 2. | |
| 3. | |

RECEIVED 2007 JUL 19 A 11: 06 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Public Employees Retirement System of Mississippi, retirement income | $ 12039 |
| 2. 2006 | Earnings from law practice - earned prior to 7/21/99 | $ 17463 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 7/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 7/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 50% interest ▉▉▉▉▉ Humphreys CO MS | E | Rent | O | W | | | | | |
| 2. ▉▉▉▉▉ rental real estate Cleveland | D | Rent | L | W | | | | | |
| 3. REGIONS BANK CLEVELAND MS | A | Interest | K | T | | | | | |
| 4. CLEVELAND STATE BANK CLEVELAND MS | A | Interest | K | T | | | | | |
| 5. Cleveland State Bank Cleveland MS | A | Interest | J | T | | | | | |
| 6. CLEVELAND COMMUNITY BANK, CLEVELAND MS | B | Interest | L | T | | | | | |
| 7. CAPITAL WORLD GROWTH & INCOME FUND | D | Dividend | L | T | | | | | |
| 8. CAPITAL INCOME BUILDERS A | B | Dividend | K | T | | | | | |
| 9. FEDERATED AMERICAN LEADERS FUND | C | Dividend | K | T | | | | | |
| 10. GOLDMAN SACHS GROWTH & INCOME FUND | C | Dividend | K | T | | | | | |
| 11. LORD ABBETT AFFILIATED FUND CL A | D | Dividend | L | T | | | | | |
| 12. NEW ECONOMY FUND CL A | A | Dividend | L | T | | | | | |
| 13. SMALLCAP WORLD FUND CL A | D | Dividend | L | T | | | | | |
| 14. WASHINGTON MUTUAL INVESTORS | C | Dividend | L | T | | | | | |
| 15. IRIDIUM WORLD COMMUNICATIONS LTD-CL A | | None | | | Worthless | | | | |
| 16. AMCAP FUND CL A | B | Dividend | L | T | | | | | |
| 17. GROWTH FUND OF AMERICA CL A | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 7/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NEW PERSPECTIVE FUND CL A | D | Dividend | L | T | | | | | |
| 19. FT TEMPLETON FOREIGN FUND C | D | Dividend | L | T | | | | | |
| 20. AVIVA LIFE INS (IRA 1) | B | Interest | K | T | | | | | |
| 21. IRA 2 | | | | | | | | | |
| 22. - CASH HERITAGE TRUST | A | Interest | | | Sell | 10-18 | K | C | |
| 23. - US TREAS SECUTITIES SERIES P | A | Interest | | | Sell | 10-18 | K | C | |
| 24. WAL-MART COMMON | A | Dividend | K | T | donated part | 12-14 | J | | |
| 25. INTEL CORP | A | Dividend | J | T | | | | | |
| 26. JDS UNIPHASE | | None | J | T | | | | | |
| 27. IRA 3 - LINES 27-40 | E | Int./Div. | | | | | | | |
| 28. - FEDERATED AMERICAN LEADERS FD CL A | | Dividend | K | T | | | | | |
| 29. - HARTFORD ADVISORS FD A | | Dividend | J | T | sell part | 11-21 | J | | |
| 30. - HARTFORD DIV & GROWTH A | | Dividend | K | T | | | | | |
| 31. - LORD ABBETT AFFILIATED FD A | | Dividend | K | T | | | | | |
| 32. - HARTFORD MIDCAP A | | Dividend | K | T | | | | | |
| 33. - HARTFORD STOCK FD A | | Dividend | | | sell | 10-12 | J | | |
| 34. - PUTNAM INVESTORS FUND A | | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 7/10/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - HARTFORD CAP APPREC A | | Dividend | K | T | | | | | |
| 36. - CAPITAL INCOME BUILDERS A | | Dividend | K | T | buy | 10-11 | K | | |
| 37. - CAPITAL WORLD GROWTH & INCOME | | Dividend | K | T | buy | 10-18 | K | | |
| 38. - NEW WORLD GROWTH | | Dividend | J | T | | | | | |
| 39. - INCOME FUND OF AMERICA | | Dividend | K | T | | | | | |
| 40. -INVESTMENT CO OF AMERICA | | Dividend | L | T | | | | | |
| 41. IRA4 HARTFORD CAP APPREC | A | Dividend | J | T | | | | | |
| 42. FT FRANKLIN CAPITAL GROWTH FUND C | A | Dividend | K | T | | | | | |
| 43. PUTNAM INVS FD INC SBI CL A | | None | K | T | | | | | |
| 44. TEMPLETON WORLD FUND CL C | B | Dividend | K | T | | | | | |
| 45. PUTNAM NEW OPPTYS FUND CL A | | None | K | T | | | J | | |
| 46. AMERICAN MOVIL SA | A | Dividend | K | T | | | | | |
| 47. MFS MONEY MARKET FD | D | Dividend | M | T | | | | | |
| 48. STATE BANK & TRUST CO | C | Interest | L | T | | | | | |
| 49. BAXTER INTERNATIONAL | A | Dividend | J | T | | | | | |
| 50. DOLLAR GENERAL | A | Dividend | J | T | BUY | 9-25 | J | | |
| 51. ZIMMER HOLDINGS | | None | J | T | BUY | 9-25 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 7/10/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. WALGREEN | A | Dividend | J | T | BUY | 9-25 | J | | |
| 53. VAN KAMPEN UNIT TRUST | | None | K | T | BUY | 9-25 | K | | |
| 54. CORTLAND GEN MONEY MARKET FUND (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, William A | 7/10/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII- Sold in 2005 and deleted from this report -2005 line numbers 12, 14, 15, 35, 37, 41, 45, 53.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa_____  Date _July 12, 2007_

NOT_____AL WHO KNO_____ ____R FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C_____

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544